In the Matter of CARL A. GUTZMER, Appellant, v MYRIAM L. SANTINI, Respondent. [890 NYS2d 887]—

Present—Smith, J.P., Fahey, Carni and Green, JJ.